

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00284-CR

## EX PARTE RYAN BASS

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2022-1967-1**

## MEMORANDUM OPINION

Ryan Bass appealed the trial court's denial of Bass's application for writ of habeas corpus. By letter dated September 16, 2022, the Clerk of this Court notified Bass that the appeal was subject to dismissal because no final, appealable judgment or order had been signed by the trial court. *See* TEX. R. APP. P. 25.2(b); 26.2. In the same letter, the Clerk warned Bass that the appeal would be dismissed unless, within 14 days from the date of the letter, Bass filed a response showing grounds for continuing the appeal. Bass filed a response, dated October 4, 2022, asserting that his counsel was told that an order was signed and was in the process of being filed with the District Clerk. We have not yet received a signed order from counsel or the District Clerk.

Accordingly, this appeal is dismissed for want of jurisdiction.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed October 26, 2022
Do not publish
[OT06]

